PALMER S. WILLARD *v.* HART SEED COMPANY ET AL.

KING, C. J., ALCORN, HOUSE, COTTER and THIM, Js.

Argued January 9—decided January 9, 1969

*John B. Willard,* for the appellant (plaintiff).

*Edward S. Downes, Jr.,* for the appellees (defendants).

PER CURIAM. The commissioner's award decided the question of compensability in favor of the claimant and stated that further proceedings were necessary to determine the specific amount of compensation. The claimant, instead of pursuing a further hearing as to the amount of compensation, appealed to the Superior Court, which rendered judgment dismissing the appeal. We find no error in that judgment.

There is no error.